# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS CORPUS CHRISTI DIVISION

| | |
|---|---|
| BOBBY DEWAYNE EVANS, § § Plaintiff, § VS. § CIVIL NO. 2:18-CV-127 § JAVIER MURO, *et al*, § § Defendants. § | |

## ORDER

The Court has received the magistrate judge's Memorandum and Recommendation ("M&R"), Dkt. No. 18, in which the magistrate judge recommends that this case be dismissed for failure to state a claim and/or as frivolous. The deadline to file objections to the M&R has passed, and no objections have been filed. *See* FED. R. CIV. P. 72(b) (setting 14-day deadline to object); M&R, Dkt. No. 18 at 15 (advising Plaintiff of the 14-day deadline).

After independently reviewing the record and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 18, and **DISMISSES WITH PREJUDICE** the above-captioned case for failure to state a claim and/or as frivolous under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1). This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). The Court therefore **INSTRUCTS** the Clerk to send notice of this dismissal to the Manager of the Three Strikes List for the Southern District of Texas at Three_Strikes@txs.uscourts.gov.

SIGNED this 4th day of September, 2018.

_____
Hilda Tagle
Senior United States District Judge